UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA A. DAVIS, DC#R04425,

    Plaintiff,

v.                              Case No. 2:21-cv-00693-JES-NPM

D. HALL, MOSES LAMAR FROST,
AND MEGAN SPRY-TORRES,
    Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, Joshua A. Davis (DC#R04425), *pro se*, and Defendants, D. Hall, Moses Lamar Frost, and Megan Spry-Torres, by and through undersigned counsel, herby stipulate for entry of an order to dismiss the above captioned matter with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The issues between the above-mentioned parties are now resolved by agreed upon settlement.

Respectfully submitted,

_____       _____
Joshua A. Davis (DC#R04425)      Jessica Schwieterman, AAG
Martin Correctional Institution      Office of the Attorney General
1150 SW Allapattah Road      3507 E. Frontage Road, Suite 150
Indiantown, FL 34956      Tampa, FL 33607
Plaintiff, *pro se*      Counsel for Defendants

Dated: July __6__, 2023

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/Jessica Schwieterman
Jessica Schwieterman
Assistant Attorney General
Florida Bar No. 116460
Office of the Attorney General
Concourse Center IV
3507 E. Frontage Road, Suite 150
Tampa, Florida 33607
Tel: (813) 233-2880 | Fax: (813) 281-1859
Jessica.Schwieterman@myfloridalegal.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notices of electronic filing. I further certify that a true and correct copy of the foregoing was sent by U.S. mail to Plaintiff, pro se, Joshua A. Davis, DC#R04425, Martin Correctional Institution, 1150 SW Allapattah Road, Indiantown, Florida 34956.

/s/Jessica Schwieterman
Jessica Schwieterman
Assistant Attorney General