UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA A. DAVIS,

    Plaintiff,

v.                         Case No:  2:21-cv-693-JES-NPM

D. HALL, in individual capacity, MOSES LAMAR FROST, Captain, in individual capacity, and MEGAN SPRY-TORRES, Correctional Officer,

    Defendants.
_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. #50) filed on July 12, 2023.  The parties have agreed to the dismissal of this case in its entirety pursuant to a settlement.  A case is deemed dismissed upon the filing of such a stipulation.  <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __12th__ day of July 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  FTMP-1; Parties of Record